**SEALED**

CASE SEALED: x    UNSEALED: ___

CASE NO: _____

## PERSONAL DATA SHEET
### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS

**SA13CR0474FB**

USAO #: 2013R0____

COUNTY: BEXAR    DIVISION: SAN ANTONIO    JUDGE: _____

DATE: June 5, 2013    MAG.CT.#: _____    FBI #: ███

ASSISTANT U.S. ATTORNEY: H. JAY HULINGS    DEF. D.O.B.: ███

DEFENDANT NAME: ERICA ESTRADA    DEF. SSN: ███

DEFENDANT'S A/K/A'S: _____    Male  X   Female __

DEFENDANT'S ADDRESS: _____

CITIZENSHIP:    United States: X    Mexican ____    Other: ____

INTERPRETER NEEDED:  YES: ____    NO: X    Language: ____

DEFENSE ATTORNEY'S NAME: _____
         Employed: ____   Appointed: ____

DEFENSE ATTORNEY'S ADDRESS: _____

DEFENDANT IS: In Jail: __   Where: _____    Writ Attached: ____
              On Bond: __   Amount of Bond: $50,000 Unsecured    SID# _____
              Where on Bond: _____

DATE OF ARREST: _____   TO BE ARRESTED: YES    BENCH WARRANT NEEDED: YES

PROBATION OFFICER: _____    NAME & ADDRESS OF SURETY: _____

PROSECUTION BY:   X  INDICTMENT    ____ INFORMATION

OFFENSE: (Code & Description) COUNTS 1-4: 18 U.S.C. 924(a)(1)(A) and 18/2, False Statement on Records of a Licensed Federal Firearms Dealer and Aiding & Abetting.

OFFENSE IS: FELONY _____    CLASS A MISDEMEANOR _____    CLASS B/C PETTY OFFENSE _____

MAXIMUM SENTENCE (Each Count): COUNTS 1-4: 0 to 5 years imprisonment, $250,000 fine, Up to 3 years supervised release, $100 mandatory special assessment as to each count. Restitution: 18 USC 3556, 3663, 3664.

AGENT/AGENCY: ATF/Chris Benavides    MANDATORY PENALTY: Yes: X    No: __  As to special assessment only.

REMARKS: _____    pl